UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

ELIZABETH KREAM, M.D.,                    :

                                       :

                Plaintiff,          :

                                       :        25-CV-07456 (JAV)

      -v-                         :

                                       :           ORDER

NAVADERM PARTNERS LLC, et al.,      :

                                       :

                Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held yesterday, Defendants'

Motion to Stay Discovery, ECF No. 25, is **DENIED**.  The Clerk of the Court is respectfully

directed to terminate ECF No. 25.

      SO ORDERED.

Dated:  December 5, 2025
        New York, New York                JEANNETTE A. VARGAS
                                       United States District Judge