## GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

_____

## MEMORANDUM ENDORSED

January 6, 2026

BY ECF
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Room 6B
New York, NY 10007

Re: *Kream v. Navaderm Partners LLC,* Dkt. No. 1:25-cv-7456 (JAV) (GWG)

Dear Judge Gorenstein:

I represent the Plaintiff, Elizabeth Kream M.D., in the above-referenced matter and write to request an adjournment of the settlement conference scheduled for January 14, 2026.

I had hoped to make this request earlier but, due to holidays and vacations, was only able to confer with counsel for Defendants today. Defendants counsel consents to this request. The basis of the request are 1) that Dr. Kream, who is currently in a cosmetic surgery fellowship program in San Diego, is not available to attend in-person on January 14 but could be available if the conference is adjourned and 2) I have retained a damages expert to prepare a preliminary damages calculation for the purposes of settlement but the expert needs additional time to provide a calculation.

The best date for the parties is Monday February 9, 2026. If that date is unavailable, the parties would request Friday February 13 or Friday February 20.

Thank you for your attention to this matter.

Very truly yours,

/s

Jason L. Solotaroff

Conference adjourned to February 9, 2026, at 2:30 p.m.  Submissions are due February 3, 2026.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 7, 2026