# YAPCHANYK PREZIOSO & YANG

## ATTORNEYS AT LAW

CHRISTOPHER M. YAPCHANYK
RICHARD C. PREZIOSO
LAUREN S. YANG

_____

MAUREEN E. PEKNIC
ANTHONY J. TOMARI
ROBERT M. MAZZEI
MILES A. LINEFSKY
PETER T. MENSCHING
MICHELLE L. VIZZI

550 Madison Avenue • 10th Floor
New York, NY 10022
TEL  (212) 612-4200
FAX  (212) 612-4284

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

ANTHONY BOVERY
ERICA HOLDER
PETER J. CALANDRELLA
ADAM BEVELACQUA

OF COUNSEL
JAMES C. GROSSO
JONATHAN E. HILL
BHAVLEEN K. SABHARWAL
PAUL TUMBLESON

January 22, 2026

Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re:    KREAM v. NAVADERM PARTNERS LLC, et al.
         Case Number:  1:25-cv-07456

Dear Judge Gorenstein:

This firm represents Defendants Navaderm Partners LLC, Jordan Wang, M.D., and Roy Geronemus, M.D. in the above-referenced matter. We write to request an adjournment of the settlement conference scheduled for February 9, 2026. Plaintiff's counsel has provided their consent to this request.

The best date for the parties is March 9, 2026.

Thank you for your attention to this matter.

Respectfully submitted,
YAPCHANYK, PREZIOSO & YANG

Michelle L. Vizzi

Conference adjourned to March 9, 2026, at
10:00 a.m.  Submissions are due March 3, 2026.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 22, 2026