UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH KREAM, M.D., Plaintiff, -v- NAVADERM PARTNERS LLC, et al., Defendants. | 25-CV-07456 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF No. 59, the parties were required to file a post-fact discovery joint status letter by October 19, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 27, 2026**.

SO ORDERED.

Dated: October 23, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge